UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO: 14-cv-02775
SECTION "J"  (2)

| | |
|---|---|
| JASON CASE, on behalf of himself and those similarly situated, | CASE NO: 2:14-cv-02775-CJB-JCW |
| Plaintiff, | |
| vs. | Judge Carl Barbier<br>Magistrate Judge Joseph C. Wilkinson |
| DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company, | |
| Defendant. _____/ | |
| LISA BRAGG, on behalf of herself and those similarly situated, | CASE NO: 2:14-cv-02976-CJB-JCW |
| Plaintiff, | |
| vs. | Judge Carl Barbier<br>Magistrate Judge Joseph C. Wilkinson |
| DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company, | |
| Defendant. _____/ | |

**PLAINTIFFS' EX PARTE UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SUMBIT A MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

COME NOW, Plaintiffs JASON CASE and LISA BRAGG (hereinafter "Plaintiffs" on their own and on behalf of those similarly situated former employees of Defendant, DANOS AND CUROLE MARINE, CONTRACTORS, LLC (hereinafter "Defendant"), by and through undersigned counsel and pursuant to LR  7.3, submits this its Motion for an Extension of Time to

Submit a Motion for Approval of Collective Action Settlement. In support of this Motion, Plaintiffs state as follows:

1. The Parties advised the Court that it had reached a settlement in the above-captioned case on December 13, 2017. (R. Doc. 134).

2. On December 22, 2016, the Court ordered the Parties to submit a motion for approval of the collective action settlement within twenty-one (21) days, or on or before January 12, 2017. (R. Doc. 135).

3. Plaintiffs submit that the Parties are currently in the process of finalizing a settlement agreement to submit to the Court for approval, but require a brief extension of time to negotiate non-monetary terms.

4. Plaintiffs respectfully request an additional fourteen (14) days, or on or before January 26, 2017, to submit a Motion for Approval of Collective Action Settlement to the Court.

5. Plaintiffs' Counsel has conferred with Counsel for Defendants and Defendants do not oppose the relief requested in Plaintiffs' motion.

## **MEMORANDUM OF LAW**

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ." The parties seek this enlargement of time prior to the expiration of the time period in which they are required to complete discovery and dispositive motions, and they have shown good cause for the requested enlargement. Moreover, this enlargement is sought in good faith and not for purposes of delay.

WHEREFORE PREMISES CONSIDERED, Plaintiffs move for the entry of an Order extending the time for the parties to file their Joint Motion for Approval of Collective Action Settlement by fourteen (14) days or up to and including January 26, 2017.

Dated:  January 12, 2017

    Respectfully submitted

**/s/ CHRISTOPHER W. ESPY**
Christopher W. Espy
Morgan & Morgan, P.L.L.C.
188 East Capitol Street, Suite 777
Jackson, Mississippi 39211
Telephone:  (601) 718-2087
Facsimile:   (601) 718-2102
Email:  cespy@forthepeople.com

**/s/ ANDREW R. FRISCH**
Andrew R. Frisch
Morgan & Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) WORKERS
Facsimile:   (954) 327-3013
Email: afrisch@forthepeople.com

-and-

Virginia L. LoCoco, Bar #18307
Joseph A. LoCoco, Bar #17305
LoCoco and LoCoco, P.A.
Post Office Box 6014
10243 Central Avenue
D'Iberville, MS 39540
Telephone. (228) 392-3799
Facsimile   (228) 392-3890
E-mail: virginia.lococo@lococolaw.com
E-mail: joseph.lococo@lococolaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January 2017, a true and correct copy of the above has been electronically filed via the Court's CM/ECF electronic filing system, which I understand will serve a copy upon all counsel of record.

**/s/ CHRISTOPHER W. ESPY**
Christopher W. Espy