UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO: 14-cv-02775
SECTION "J"  (2)

| | |
|---|---|
| **JASON CASE, on behalf of himself and those similarly situated,** | **CASE NO: 2:14-cv-02775-CJB-JCW** |
| **Plaintiff,** | |
| vs. | **Judge Carl Barbier**<br>**Magistrate Judge Joseph C. Wilkinson** |
| **DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company,** | |
| **Defendant.** _____/ | |
| **LISA BRAGG, on behalf of herself and those similarly situated,** | **CASE NO: 2:14-cv-02976-CJB-JCW** |
| **Plaintiff,** | |
| vs. | **Judge Carl Barbier**<br>**Magistrate Judge Joseph C. Wilkinson** |
| **DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company,** | |
| **Defendant.** _____/ | |

## **ORDER**

Before the Court is an *Ex Parte Unopposed Motion for an Extension of Time to Submit a Motion for Approval of Collective Action Settlement*.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Parties shall have an extension of time to file their Plaintiffs shall file their Joint Motion for Approval of Collective Action Settlement by fourteen (14) days, or up to and including <u>January 26, 2017</u>.

New Orleans, Louisiana, this _____ day of January, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record