UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO: 14-cv-02775
SECTION "J"  (2)

| | |
|---|---|
| JASON CASE, on behalf of himself and those similarly situated, | CASE NO: 2:14-cv-02775-CJB-JCW |
| Plaintiff, | |
| vs. | Judge Carl Barbier<br>Magistrate Judge Joseph C. Wilkinson |
| DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company, | |
| Defendant. _____/ | |
| LISA BRAGG, on behalf of herself and those similarly situated, | CASE NO: 2:14-cv-02976-CJB-JCW |
| Plaintiff, | |
| vs. | Judge Carl Barbier<br>Magistrate Judge Joseph C. Wilkinson |
| DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company, | |
| Defendant. _____/ | |

**JOINT MOTION FOR EXTENSION OF TIME TO
SUMBIT A MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

Plaintiffs, JASON CASE and LISA BRAGG ("Plaintiffs") and Defendant, DANOS AND CUROLE MARINE CONTRACTORS, LLC ("Defendant") (Collectively "the Parties"), by and through undersigned counsel and pursuant to LR 7.3, submit this Motion for an Extension of

Time to Submit a Motion for Approval of Collective Action Settlement. In support of this Motion, the Parties state as follows:

1. The Parties advised the Court that they had reached a settlement in the above-captioned case on December 13, 2017 (D.E. 134).

2. On December 22, 2016, the Court ordered the Parties to submit a motion for approval of the collective action settlement within twenty-one (21) days, or on or before January 12, 2017 (D.E. 135).

3. On January 12, 2017 Plaintiffs filed an Unopposed Motion for Extension of Time (D.E. 136) which this court granted on January 13, 2017 (D.E. 137).

4. The Parties submit that they are currently in the process of obtaining the necessary signatures from the named-Plaintiffs and Defendant on the Settlement Agreement.

5. The Parties respectfully request a short seven (7) day extension of time, or up to and including February 2, 2017, to obtain signatures and submit the Motion for Approval of Collective Action Settlement to the Court.

### **MEMORANDUM OF LAW**

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ." The parties seek this enlargement of time prior to the expiration of the time period in which they are required to file the Motion for Approval of Collective Action Settlement and they have shown good cause for the requested enlargement. Moreover, this enlargement is sought in good faith and not for purposes of delay.

WHEREFORE, the Parties move for the entry of an Order extending the time for them to file the Joint Motion for Approval of Collective Action Settlement by seven (7) days or up to and including February 2, 2017.

Dated:  January 26, 2017

| | |
|---|---|
| **/s/ ANDREW R. FRISCH** | **/s/ LAUREN LOPRESTO TAFARO** |
| Andrew R. Frisch | Lauren L. Tafaro |
| Morgan & Morgan, P.A. | Leslie A. Lanusse |
| 600 N. Pine Island Road, Suite 400 | Adams & Reese LLP |
| Plantation, Florida 33324 | 4500 One Shell Square |
| Telephone:  (954) WORKERS | 701 Poydras Street |
| Facsimile:   (954) 327-3013 | New Orleans, LA 70139 |
| Email: afrisch@forthepeople.com | Telephone:    (504) 581.3234 |
| | Facsimile:    (504) 566.0210 |
| **/s/ CHRISTOPHER W. ESPY** | |
| Christopher W. Espy | *Attorneys for Defendant* |
| Morgan & Morgan, P.L.L.C. | |
| 188 East Capitol Street, Suite 777 | |
| Jackson, Mississippi 39211 | |
| Telephone:  (601) 718-2087 | |
| Facsimile:   (601) 718-2102 | |
| Email:  cespy@forthepeople.com | |

and-

Virginia L. LoCoco, Bar #18307
Joseph A. LoCoco, Bar #17305
LoCoco and LoCoco, P.A.
Post Office Box 6014
10243 Central Avenue
D'Iberville, MS 39540
Telephone. (228) 392-3799
Facsimile   (228) 392-3890
E-mail: virginia.lococo@lococolaw.com
E-mail: joseph.lococo@lococolaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2017, a true and correct copy of the above has been electronically filed via the Court's CM/ECF electronic filing system, which I understand will serve a copy upon all counsel of record.

/s/ ANDREW FRISCH
Andrew Frisch