UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO: 14-CV-02775
SECTION "J" (2)

| | |
|---|---|
| JASON CASE, on behalf of himself and those similarly situated, | |
| Plaintiff, | CASE NO. 2:14-cv-02775-CJB-JCW |
| vs. | Judge Carl Barbier<br>Magistrate Judge Joseph C. Wilkinson |
| DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company, | |
| Defendant. | |
| _____/ | |
| LISA BRAGG, on behalf of herself and those similarly situated, | |
| Plaintiff, | CASE NO: 2:14-cv-02976-CJB-JCW |
| vs. | |
| DANOS AND CUROLE MARINE CONTRACTORS, L.L.C., a Louisiana Limited Liability Company, | Judge Carl Barbier<br>Magistrate Judge Joseph C. Wilkinson |
| Defendant. | |
| _____/ | |

## **ORDER**

Having considered the Joint Motion for Extension of Time to Submit a Motion for Approval of Collective Actions Settlement;

IT IS HEREBY ORDERED that Parties motion is GRANTED. The parties shall Submit a Motion for Approval of Collective Actions Settlement on or before February 2, 2017.

SO ORDERED THIS _____ day of January, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE